IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR226 |
| vs. | |
| ERAQUIO MARTINEZ-RODRIGUEZ, | ORDER |
| Defendant. | |

Defendant Eraquio Martinez-Rodriguez appeared before the court on Friday, September 1, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [3]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan, and the United States was represented by Assistant U.S. Attorney Nancy A. Svoboda. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before District Judge Gerrard.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before District Judge Gerrard in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 19, 2017 at 3:00 p.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision and the Order Setting Conditions of Release [13].

Dated this 1st day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge