IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR226 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ERAQUIO MARTINEZ-RODRIGUEZ, | |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Dispositional Hearing (filing 17) is granted.

2. Defendant Eraquio Martinez-Rodriguez's violation of supervised release hearing is continued to April 19, 2018, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of January, 2018.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge