IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17-CR-226 |
| vs. | |
| ERAQUIO MARTINEZ-RODRIGUEZ, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The plaintiff's Motion for Dismissal of Petition for Offender under Supervision (filing 20) is granted.

2. The petition for offender under supervision (filing 3) is dismissed.

3. Today's hearing is cancelled.

Dated this 12th day of July, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge